UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIPPLE AAA ASSOCIATION FOR CHILDREN AND ADULTS WITH DEVELOPMENTAL DISABILITIES, SUING ON BEHALF OF ITS MEMBERS,<br><br>Plaintiff,<br><br>vs.<br><br>DAVIN R. GILLINGAN, a Married Man as Tenants in Common; WILLIAM PETTERSON, a Married Man as Tenants in Common; DAVID Z. BARK, a Married Man as Tenants in Common; ROBERT LARSON, a Married Man as Tenants in Common,<br><br>Defendant. | CASE NO. 06CV1831-L(POR)<br><br>**FILED**<br>SEP 1 0 2007<br>CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY _____ DEPUTY<br><br>JUDGMENT AND DISMISSAL BY COURT UNDER RULE 4(m) F.R.Civ.P. FOR WANT OF PROSECUTION |

The above-entitled cause, having come before the court on a calendar called pursuant to notice under Rule 4(m), F.R.Civ.P. for failure to serve process, and it appearing to the court that the summons and complaint have not been served, and no extension of time to serve has been requested, therefore,

IT IS ORDERED, ADJUDGED AND DECREED that the above-entitled cause is hereby dismissed as to defendant(s) DAVID R. GILLINGAN, WILLIAM PETTERSON, DAVID Z. BARK and ROBERT LARSON without prejudice, for want of prosecution.

DATED: SEPTEMBER 4, 2007

M. JAMES LORENZ
UNITED STATES DISTRICT JUDGE

ENTERED ON _____